UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br><br>Plaintiff<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN,<br>ALESSANDRO CHIESA, RONALD L.<br>RIVEST, MASSACHUSETTS INSTITUTE<br>OF TECHNOLOGY, SUSAN HOCKFIELD,<br>PHILLIP L. CLAY, and the MIT<br>CORPORATION<br><br>Defendants | Civil Action No. _____ _____ _____ |

## DECLARATION OF RICHARD SULLIVAN

1.      I am a Sergeant Detective in the Transit Police of the plaintiff, Massachusetts Bay

Transportation Authority ("MBTA"). I am the Transit Police liaison to the Federal Bureau of

Investigation (the "FBI").

2.      I have held this position since April 2002.

3.      I make this declaration based on my personal knowledge.

4.      Some time after July 30, 2008, I was informed that the MBTA had learned of

statements, purportedly made by the defendants Zack Anderson, RJ Ryan, and Alessandro

Chiesa (the "MIT Undergrads"), that related to the security of fare media used on the MBTA

transit system.

5.      I worked with the MIT Professor Ron Rivest and the FBI to arrange a meeting

with the MIT Undergrads to discuss the issues.



1

Dockets.Justia.com

6.     This meeting took place on August 5, 2008 at MIT. I attended the meeting with a local FBI agent, Jacob Shaver.

7.     This meeting was attended by the MIT Undergrads, with the exception of Alessandro Chiesa, by their Professor, Ron Rivest, and by an individual, Jay Wilcox, who identified himself as MIT counsel.

Signed under the penalties of perjury this 8th day of August, 2008.

Richard Sullivan
MBTA Transit Police

# 5530793_v1