UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

        Plaintiff

v.

ZACK ANDERSON et al

        Defendants

Civil Action No. _____

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. Rules of Civ. P., Local Rule 7.1, Plaintiff, Massachusetts Bay Transportation Authority ("MBTA) files this Corporate Disclosure Statement:

1.    The MBTA is a state, governmental agency governed by, inter alia, Chapter 161A of the Massachusetts General Laws.

1.    Plaintiff MBTA has no parent company.

2.    No publicly held company owns more than a 10% interest in MBTA.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY

By its attorneys,

/s/ Ieuan G. Mahony
Ieuan G. Mahony (BBO #552349)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: August 8, 2008

# 5531221_v1