UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>        Plaintiff<br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>        Defendants | Civil Action No. 08-11364-GAO |

### CERTIFICATE OF SERVICE FOR SUPPLEMENTAL FILINGS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

1.    The term "Defense Counsel" for purposes of this Certificate of Service means the following:

| Party | Counsel |
|---|---|
| Zack Anderson, RJ Ryan, and Alessandro Chiesa (the "MIT Undergrads") | Marcia Hofman, Esq.<br>Electronic Frontier Foundation<br>1875 Connecticut Ave., Suite 650<br>Washington, DC 20009<br>202-797-9009<br>Fax: 202-797-9066<br>Email: marcia@eff.org<br><br>Kurt Opsahl<br>Electronic Frontier Foundation<br>454 Shotwell St.<br>San Francisco, CA 94110<br>415-436-9333<br>Fax: 415-436-9993<br>Email: kurt@eff.org |
| Massachusetts Institute of Technology ("MIT") | Jeffrey Swope<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue |

FILED
In Open Court
USDC, Mass.
Date 8/8/08
By JACKET LOVER
Deputy Clerk

1

Boston, Massachusetts 02199 USA
617-239-0100
Fax: 617-227-4420
Email: JSwope@eapdlaw.com

2. I verified the above email addresses for Defense Counsel, either by using the email address by which counsel contacted me via email, or by confirming over the phone that counsel received email I had sent to that email address.

3. With respect to the revised Order, I certify (a) that I provided a copy of the document to Defense Counsel by email on Friday, and served Counsel for MIT by hand before the Saturday, August 09, 2008 hearing.

4. With respect to the second revised Order, I certify (a) that I provided a copy of the document to Defense Counsel by email on Saturday morning, and served Counsel for MIT by hand before the Saturday, August 09, 2008 hearing.

5. With respect to the Declaration of Scott Henderson (and attached Exhibits), I certify (a) that I provided a copy of the document to Defense Counsel by email on Saturday morning, and served Counsel for MIT by hand before the Saturday, August 09, 2008 hearing.

6. With respect to the Supplemental Declaration of Ieuan G. Mahony (and attached Exhibit), I certify (a) that I provided a copy of the document to Defense Counsel by email Saturday morning, and served Counsel for MIT by hand before the Saturday, August 09, 2008 hearing.

_____
Ieuan G. Mahony

# 5533213_v1

2