UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>     Plaintiff<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>     Defendants | Civil Action No. 08-11364-GAO |

### **TEMPORARY RESTRAINING ORDER**

After hearing this day and upon consideration of the written and oral submissions of the parties regarding the Plaintiff's Motion for Temporary Restraining Order, for the reasons stated orally from the bench at the conclusion of the hearing, it is hereby ORDERED as follows:

  A. That the following terms herein shall have the following definitions:

    (1) Fare Media System. The term "Fare Media System" means the plaintiff's system that meets the following two criteria: the system (i) is employed by the MBTA to manage, track, charge for, and collect fares; and (ii) relies on CharlieTicket passes and/or CharlieCard passes.

    (2) MIT Undergrads. The term "MIT Undergrads" means the defendants Zack Anderson, RJ Ryan, and Alessandro Chiesa and all persons in active concert or participation with any of them.

B. That the MIT Undergrads are hereby enjoined and restrained, in accordance with Fed. R. Civ P. 65(b)(2), from providing program, information, software code, or command that would assist another in any material way to circumvent or otherwise attack the security of the Fare Media System

DONE AND ORDERED in Boston, Massachusetts at 1:30 pm this 9th day of August 2008.

                                           /s/ Douglas P. Woodlock
                                               DOUGLAS P. WOODLOCK
                                           UNITED STATES DISTRICT JUDGE

# 5533219_v1