AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Massachusetts Bay
Transportation Authority
v.
Zack Anderson, et al

**APPEARANCE**

Case Number: 08-CV-11364-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Massachusetts Institute of Technology

I certify that I am admitted to practice in this court.

Date: 8/9/2008

Signature: [signature]

Print Name: Jeffrey Swope
Bar Number: 490760

Address: Edwards Angell Palmer & Dodge LLP
111 Huntington Ave
City: Boston  State: MA  Zip Code: 02199

Phone Number: 617 239 0181
Fax Number: 617 227 4420

FILED
In Open Court
USDC, Mass.
Date 8/9/08
By Jarrett Lovett
Deputy Clerk

Dockets.Justia.com