UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>            Plaintiff<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>            Defendants | Civil Action No. 08-11364-GAO |

## EXHIBITS IN SUPPORT OF
## PLAINTIFF'S MOTION TO MODIFY TERMS BUT NOT DURATION OF
## TEMPORARY RESTRAINING ORDER

| Exhibit | Description |
|---|---|
| 1. | Temporary Restraining Order. |
| 2. | Email dated Saturday, August 9 at 5:14 PM. |
| 3. | Email dated Sunday, August 10 at 9:27 AM *and* email dated Sunday, August 10 at 3:18 PM. |
| 4. | Email dated Monday, August 11 at 12:27 AM. |
| 5. | Email dated Monday, August 11 at 11:37 AM *and* email dated Monday, August 11 at 3:36 PM. |

                      MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

                      By its attorneys,

                      /s/ Ieuan G. Mahony_____
                      Ieuan G. Mahony (BBO #552349)
                      Maximillian J. Bodoin (BBO # 667240)
                      HOLLAND & KNIGHT LLP
                      10 St. James Avenue
                      Boston, MA  02116
                      (617) 523-2700

Dockets.Justia.com

/s/ Thomas F.S. Darling III
Thomas F.S. Darling III (BBO #558848)
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
State Transportation Building
7th Floor
10 Park Plaza
Boston, MA 02116
(617) 222-3174

# 5533212_v1