UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

        Plaintiff

v.                                                                  Civil Action No. 08-11364-GAO

ZACK ANDERSON, RJ RYAN,
ALESSANDRO CHIESA, and the
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY

        Defendants

## CERTIFICATE OF SERVICE

1. The term "Defense Counsel" for purposes of this Certificate of Service means the following:

| Party | Counsel |
|---|---|
| Zack Anderson, RJ Ryan, and Alessandro Chiesa (the "MIT Undergrads") | Marcia Hofman, Esq.<br>Electronic Frontier Foundation<br>1875 Connecticut Ave., Suite 650<br>Washington, DC 20009<br>202-797-9009<br>Fax: 202-797-9066<br>Email: marcia@eff.org<br><br>Kurt Opsahl<br>Electronic Frontier Foundation<br>454 Shotwell St.<br>San Francisco, CA 94110<br>415-436-9333<br>Fax: 415-436-9993<br>Email: kurt@eff.org |
| Massachusetts Institute of Technology ("MIT") | Jeffrey Swope<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199 USA |

1

617-239-0100
Fax: 617-227-4420
Email: JSwope@eapdlaw.com

2. I verified the above email addresses for Defense Counsel, either by using the email address by which counsel contacted me via email, or by confirming over the phone that counsel received email I had sent to that email address.

3. I hereby certify that I provided copies of the following documents to Defense Counsel by overnight delivery and email, and to Counsel for MIT by hand delivery, on Monday, August 11, 2008:

    (a) Plaintiff's Motion to Modify Terms But Not Duration of Temporary Restraining Order;

    (b) Declaration of Ieuan G. Mahony in Support of Plaintiff's Motion to Modify Terms But Not Duration of Temporary Restraining Order; and

    (c) Exhibits in Support of Plaintiff's Motion to Modify Terms But Not Duration of Temporary Restraining Order.

    /s/ Ieuan G. Mahony
    Ieuan G. Mahony

# 5534398_v1