UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>Plaintiff<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Defendants | Civil Action No. 08-11364-GAO |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Emily Berger as co-counsel for the defendants Zack Ryan, RJ Ryan, and Alessandro Chiesa in the above-captioned action.

                               DEFENDANTS ANDERSON, RYAN
                               AND CHIESA

                               By their attorneys,

Dated: August 12, 2008           /s/ Emily A. Berger

                               Emily A. Berger, BBO No. 650,841
                               emily@eff.org

                               Jennifer Stisa Granick, CA Bar No. 168423
                               Jennifer@eff.org
                               Kurt Opsahl, CA Bar No. 191303
                               kurt@eff.org
                               Marcia Hofmann, CA Bar No. 250087
                               marcia@eff.org

                               ELECTRONIC FRONTIER FOUNDATION
                               454 Shotwell St.
                               San Francisco, CA 94110
                               (415) 436-9333
                               (415) 436-9993 (fax)