AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

MBTA v. Anderson, et al

**APPEARANCE**

Case Number: 08-11364-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MBTA

I certify that I am admitted to practice in this court.

8/12/09
Date

Signature

Thomas F.S. Darling III  558848
Print Name                Bar Number

MBTA, 10 Park Plaza, Room 7760
Address

Boston    MA    02144
City      State  Zip Code

617.222.3174    617.222.3194
Phone Number    Fax Number