UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>                Plaintiff<br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>                Defendants | Civil Action No. 08-11364-GAO |

## PLAINTIFF'S MOTION FOR INTERIM PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Massachusetts Bay Transportation Authority requests that this Court grant Plaintiff's Motion for Interim Protective Order. As grounds for this Interim Protective Order, Plaintiff states that it served to Defendant's counsel discovery requests on August 13, 2008, at 2:36 pm via email. Moreover, any such discovery should take place under the protection of this Interim Protective Order.

Attached to this Motion for Interim Protective Order is the Interim Protective Order that Plaintiff revised to apply only to the Preliminary Injunction discovery, which was done in light of the time that Defendant has to consider the terms of the Protective Order.

To allow discovery to proceed, Plaintiff respectfully requests the Court to allow entry of the Interim Protective Order.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its attorneys,


/s/ Maximillian J. Bodoin_____
Ieuan G. Mahony (BBO #552349)
Maximillian J. Bodoin (BBO # 667240)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700


/s/ Thomas F.S. Darling III_____
Thomas F.S. Darling III (BBO #558848)
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
State Transportation Building
7th Floor
10 Park Plaza
Boston, MA 02116
(617) 222-3174

Dated: August 14, 2008
Boston, Massachusetts

CERTIFICATE OF SERVICE

I, Ieuan G. Mahony, Attorney for the Massachusetts Bay Transportation Authority in connection with the above- captioned proceedings, hereby certify that on this 14th day of August, 2008, I served the foregoing **Plaintiff's Motion for Protective Order** by e-mail upon the following interested persons:

| Party | Counsel |
|---|---|
| Zack Anderson, RJ Ryan, and Alessandro Chiesa (the "MIT Undergrads") | Emily Berger, Esquire<br>Email: emily@eff.org<br><br>Kurt Opsahl, Esquire<br>Email: kurt@eff.org<br><br>Marcia Hofmann, Esquire<br>Email: marcia@eff.org<br><br>Jennifer Granick, Esquire<br>Email: jennifer@eff.org |
| Massachusetts Institute of Technology ("MIT") | Jeffrey Swope, Esquire<br>Email: JSwope@eapdlaw.com |

/s/ Ieuan G. Mahony_____

# 5542857_v2