UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08CV11364 GAO |
| ACK ANDERSON et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE
OF JOHN REINSTEIN**

Please take notice that John Reinstein hereby appears for defendants Zack Anderson, R.J. Ryan and Alessandro Chiessa.

    /s/ John Reinstein_____
John Reinstein, BBO 416120
ACLU of Massachusetts
211 Congress Street
Boston, Massachusetts 02110
(617) 482-3170

Dated: August 15, 2008

<u>Certificate of Service</u>

I, John Reinstein, hereby certify that this notice of appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)**.**

/s/ John Reinstein
John Reinstein