AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Massachusetts Bay Transportation Authority

v.

Zack Anderson, RJ Ryan, Alessandro Chiesa, and Massachusetts Institute of Technology

**APPEARANCE**

Case Number: 08-11364-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Zack Anderson, RJ Ryan and Alessandro Chiesa

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/18/2008 | _[signature]_ |
| Date | Signature |
| | Adam J. Kessel    661211 |
| | Print Name    Bar Number |
| | Fish & Richardson P.C., 225 Franklin Street |
| | Address |
| | Boston    MA    02110 |
| | City    State    Zip Code |
| | (617) 542-5070    (617) 542-8906 |
| | Phone Number    Fax Number |