✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Massachusetts Bay Transportation Authority

v.

Zack Anderson, RJ Ryan, Alessandro Chiesa, and Massachusetts Institute of Technology

**APPEARANCE**

Case Number: 08-11364-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Zack Anderson, RJ Ryan and Alessandro Chiesa

I certify that I am admitted to practice in this court.

| 8/18/2008 | /s/ Thomas A. Brown |
|---|---|
| Date | Signature |

| Thomas A. Brown | 657715 |
|---|---|
| Print Name | Bar Number |

Fish & Richardson P.C., 225 Franklin Street
Address

| Boston | MA | 02110 |
|---|---|---|
| City | State | Zip Code |

| (617) 542-5070 | (617) 542-8906 |
|---|---|
| Phone Number | Fax Number |