≋AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Massachusetts Bay Transportation Authority

v.

Zack Anderson, RJ Ryan, Alessandro Chiesa, and Massachusetts Institute of Technology

**APPEARANCE**

Case Number: 08-11364-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Zack Anderson, RJ Ryan and Alessandro Chiesa

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/18/2008 | *(signature)* |
| Date | Signature |

Lawrence K. Kolodney — 556851
Print Name — Bar Number

Fish & Richardson P.C., 225 Franklin Street
Address

Boston, MA 02110
City / State / Zip Code

(617) 542-5070 — (617) 542-8906
Phone Number — Fax Number