UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>Plaintiff<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, RONALD L. RIVEST, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Defendants | Civil Action No. 08-11364-GAO |

## MOTION FOR THREE HOUR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, Massachusetts Bay Transportation Authority (the "MBTA"), moves to enlarge the time for it to file its Motion for Entry of Preliminary Injunction, supporting Memorandum, Supplemental Declarations and other supporting materials. The current deadline is Monday, August 18, 2008 at 5:00 PM EST and Plaintiff requests an extension until Monday, August 18, 2008 at 8:00 PM EST. As grounds for this motion, Plaintiff states as follows:

1. Given the nature and complexity of the underlying action, the MBTA required additional time to collect materials in support of its Motion for Entry of Preliminary Injunction. The MBTA wishes to provide this Court with a sufficient record for making a decision concerning the Motion for Entry of a Preliminary injunction;

2. Counsel for MIT Students produced documents Saturday night that required careful study, thereby requiring additional time; and

1

3. Counsel for MIT consents to Plaintiff's Motion for Three Hour Extension of Time, but counsel for the MIT Students does not consent.

                MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
                By its attorneys,

                /s/ Ieuan G. Mahony
                Ieuan G. Mahony (BBO #552349)
                Maximillian J. Bodoin (BBO # 667240)
                HOLLAND & KNIGHT LLP
                10 St. James Avenue
                Boston, MA  02116
                (617) 523-2700

                _____
                Thomas F.S. Darling III (BBO #558848)
                MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
                State Transportation Building, 7th Floor
                10 Park Plaza
                Boston, MA 02116
                (617) 222-3174

Dated:  August 18, 2008

                Boston, Massachusetts

CERTIFICATE OF SERVICE

I, Ieuan G. Mahony, Attorney for the Massachusetts Bay Transportation Authority in connection with the above-captioned proceeding, hereby certify that on this 18th day of August, 2008, the **Motion for Three Hour Extension of Time** was served via the ECF system on the following interested parties:

| Party | Counsel |
| --- | --- |
| Zack Anderson, RJ Ryan, and Alessandro Chiesa (the "MIT Undergrads") | Emily Berger, Esquire<br>Email: emily@eff.org<br><br>Jennifer Granick, Esquire<br>Email: jennifer@eff.org<br><br>John Reinstein, Esquire<br>Email: reinstein@aclum.org |
| Massachusetts Institute of Technology ("MIT") | Jeffrey Swope, Esquire<br>Email: JSwope@eapdlaw.com |

/s/ Ieuan G. Mahony_____

# 5550067_v1