UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>　　　　　　Plaintiff<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, RONALD L. RIVEST, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>　　　　　　Defendants | Civil Action No. 08-11364-GAO |

## **MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65 and 18 U.S.C. §1030(g), Plaintiff Massachusetts Bay Transportation Authority ("MBTA"), hereby moves that this Court convert its previously entered Temporary Restraining Order (Docket No. 12) into an order for preliminary injunction, in the form set out in the attached proposed Order for Preliminary Injunction.

In support of this Motion, the MBTA relies on its previously filed papers and the following submissions: (i) the Supplemental Declaration of Joseph Kelley, (ii) the Supplemental Declaration of Scott Henderson, (iii) the Supplemental Declaration of William Mitchell, (iv) the Second Supplemental Declaration of Ieuan G. Mahony, (v) the Declaration of Maximillian J. Bodoin, (vi) the Memorandum in Support of Entry of a Preliminary Injunction; and (vii) the proposed Order For Preliminary Injunction.

WHEREFORE, the MBTA respectfully requests that this Court enter a preliminary injunction as set out in Plaintiff's proposed Order For Preliminary Injunction.

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY
By its attorneys,


_/s/ Ieuan G. Mahony_____
Ieuan G. Mahony (BBO #552349)
Maximillian J. Bodoin (BBO # 667240)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700


_____
Thomas F.S. Darling III (BBO #558848)
MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY
State Transportation Building, 7th Floor
10 Park Plaza
Boston, MA 02116
(617) 222-3174

Dated: August 18, 2008
       Boston, Massachusetts

CERTIFICATE OF SERVICE

I, Ieuan G. Mahony, Attorney for the Massachusetts Bay Transportation Authority in connection with the above-captioned proceeding, hereby certify that on this 18th day of August, 2008, the **Motion for Entry of a Preliminary Injunction** was served via the ECF system on the following interested parties:

| Party | Counsel |
|---|---|
| Zack Anderson, RJ Ryan, and Alessandro Chiesa (the "MIT Undergrads") | Emily Berger, Esquire<br>Email: emily@eff.org<br><br>Jennifer Granick, Esquire<br>Email: jennifer@eff.org<br><br>John Reinstein, Esquire<br>Email: reinstein@aclum.org<br><br>Thomas A. Brown<br>Email: tbrown@fr.com<br><br>Cindy Cohn<br>cindy@eff.org<br><br>Lawrence K. Kolodney<br>kolodney@fr.com<br><br>Marcia Hoffman<br>marcia@eff.org<br><br>Adam J. Kessel<br>kessel@fr.com |
| Massachusetts Institute of Technology ("MIT") | Jeffrey Swope, Esquire<br>Email: JSwope@eapdlaw.com |

/s/ Ieuan G. Mahony_____