UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br><br>    Plaintiff<br>v.<br><br>ZACK ANDERSON, RJ RYAN,<br>ALESSANDRO CHIESA, RONALD L.<br>RIVEST, and the MASSACHUSETTS<br>INSTITUTE OF TECHNOLOGY<br><br>    Defendants | Civil Action No. 08-11364-GAO |

## MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Massachusetts Bay Transportation Authority (the "MBTA"), moves for leave to file its Memorandum in Support of its Motion for Entry of Preliminary Injunction in excess of the page limitation as set out in Fed. R. Civ. P. 7.1. Rule 7.1 allows a party to file a twenty (20) page brief, and the MBTA wishes to file a thirty (30) page brief. As grounds for this motion, Plaintiff states as follows:

1. Given the nature and complexity of the underlying action and the substantial introduction of new information into the record before this Court that the MBTA has recently obtained, the additional page limit is required.

2. Counsel for MIT consents to this Motion, and Counsel for the MIT Students did not respond to the MBTA's inquiry regarding its position on this Motion.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
By its attorneys,


/s/ Ieuan G. Mahony
Ieuan G. Mahony (BBO #552349)
Maximillian J. Bodoin (BBO # 667240)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700


/s/ Thomas F.S. Darling III
Thomas F.S. Darling III (BBO #558848)
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
State Transportation Building, 7th Floor
10 Park Plaza
Boston, MA 02116
(617) 222-3174

Dated: August 18, 2008

Boston, Massachusetts

CERTIFICATE OF SERVICE

I, Maximillian J. Bodoin, Attorney for the Massachusetts Bay Transportation Authority in connection with the above-captioned proceeding, hereby certify that on this 18th day of August, 2008, I served the foregoing by e-mail upon the following interested parties:

| Party | Counsel |
|---|---|
| Zack Anderson, RJ Ryan, and Alessandro Chiesa (the "MIT Undergrads") | Emily Berger, Esquire<br>Email: emily@eff.org<br><br>Jennifer Granick, Esquire<br>Email: jennifer@eff.org<br><br>John Reinstein, Esquire<br>Email: reinstein@aclum.org<br><br>Thomas A. Brown<br>Email: tbrown@fr.com<br><br>Cindy Cohn<br>cindy@eff.org<br><br>Lawrence K. Kolodney<br>kolodney@fr.com<br><br>Marcia Hoffman<br>marcia@eff.org<br><br>Adam J. Kessel<br>kessel@fr.com |
| Massachusetts Institute of Technology ("MIT") | Jeffrey Swope, Esquire<br>Email: JSwope@eapdlaw.com |

/s/ Maximillian J. Bodoin

# 5550848_v1