UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>                        Plaintiff,<br><br>v.<br><br>ZACK ANDERSON, RJ RYAN, ALESSANDRO CHIESA, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>                        Defendants. | Civil Action No. 08-11364-GAO |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2 (c), Attorney EMILY A. BERGER, hereby provides notice of her withdrawal of appearance from this case and requests removal from ECF notifications regarding this case, as her individual participation in this action has concluded.

DATED: August 29, 2008

                                             By: /s/ Emily A. Berger
                                             Emily A. Berger, BBO # 650,841
                                             Electronic Frontier Foundation
                                             454 Shotwell St.
                                             San Francisco, CA 94110
                                             (415) 436-9333 x 112
                                             emily@eff.org
                                             *Attorney for Defendant's ZACH ANDERSON, RJ RYAN*
                                             *AND ALESSANDRO CHIESA*

1