UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
                    Plaintiff

v.

ZACK ANDERSON, RJ RYAN,
ALESSANDRO CHIESA, and the
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY
                    Defendants

Civil Action No.  No. 08- 11364-GAO

## STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii), the below-signed parties herein stipulate that this action

as between (a) the Massachusetts Bay Transportation Authority, and (b) Zack Anderson, RJ

Ryan, and Alessandro Chiesa, be dismissed with prejudice, and without costs.  All rights of

appeal are waived.

ZACK ANDERSON, et al

By their attorney


  /s/ Jennifer Stisa Granick
Jennifer Stisa Granick, Esquire
ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
E-mail:  jennifer@eff.org

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY

By its attorney


  /s/ Ieuan G. Mahony
Ieuan G. Mahony (BBO #552349)
Holland & Knight, LLP
10 St. James Avenue
Boston, MA  02116
E-mail:  ieuan.mahony@hklaw.com


  /s/ Thomas F.S. Darling III
Thomas F.S. Darling III (BBO #558848)
MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY
State Transportation Building
10 Park Plaza, 7th Floor
Boston, MA 02116
(617) 222-3174

Dated:  October 7, 2008

# 5655905_v2

1