# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M B T A<br>       Plaintiff | CIVIL ACTION |
| V. | NO. 08-11364-GAO |
| M.I.T.<br>       Defendant | |

## **SETTLEMENT ORDER OF DISMISSAL**

O'TOOLE              D. J.

The Court having been advised on   JANUARY 23, 2009   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

1/26/09                                              /s/ Paul S. Lyness
Date                                                      Deputy Clerk

(Dismissal Settlement.wpd - 12/98)