UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br>           Plaintiff,<br><br>v.<br><br>ZACK ANDERSON, ET AL,<br>           Defendants | CIVIL ACTION NO. 08-CV-11364-GAO |

## STIPULATION OF DISMISSAL

The Massachusetts Bay Transportation Authority and the Massachusetts Institute of Technology, the remaining parties in the above-entitled action, stipulate pursuant to F.R. Civ. P. 41(a)(1)(ii), that this action be dismissed, with prejudice and without costs.

By their attorneys,

For the Massachusetts Bay
Transportation Authority:

/s/ Ieuan-Gael Mahony_____
Ieuan-Gael Mahony (BBO #552349)
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

For the Massachusetts Institute of Technology:

/s/ Jeffrey Swope_____
Jeffrey Swope (BBO #490760)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199
(617-239-0100

Dated:  February 3, 2009

# 6052712_v1